```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VIZANT TECHNOLOGIES, LLC,         :         CIVIL ACTION
et al.                            :
                                  :
     v.                           :
                                  :
JULIE P. WHITCHURCH, et al.       :         NO. 15-431
```

ORDER

AND NOW, this 1st day of April, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that defendants' motion to dismiss the complaint under Rules 12(b)(2), 12(b)(6), and 12(b)(7) of the Federal Rules of Civil Procedure (Doc. # 16) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III_____
                                                        J.