```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

VIZANT TECHNOLOGIES, LLC,      :        CIVIL ACTION
et al.                         :
                               :
          v.                   :
                               :
JULIE P. WHITCHURCH, et al.    :        NO. 15-431

<u>PRELIMINARY INJUNCTION</u>

AND NOW, this 29th day of April, 2015, based on the court's findings of fact and conclusions of law set forth in the accompanying Memorandum, it is hereby ORDERED the motion of plaintiff Vizant Technologies, LLC ("Vizant") for a preliminary injunction against defendants Julie P. Whitchurch and Jamie Davis (Doc. #8) is GRANTED as follows:

(1)  Julie P. Whitchurch and Jamie Davis, on or before May 1, 2015, shall deliver to Vizant's counsel all hard copies in their possession of any cost reduction reports and other confidential information that they received from Vizant or from Vizant's clients or third-party vendors during the terms of their employment with Vizant;

(2)  Julie P. Whitchurch and Jamie Davis, on or before May 1, 2015, shall delete from all computers and electronic storage devices in their possession, and from all email accounts controlled by either of them, all cost reduction reports and

other confidential information that they received from Vizant or from Vizant's clients or third-party vendors during the terms of their employment with Vizant;

(3) Julie P. Whitchurch and Jamie Davis, on or before May 1, 2015, shall delete from all social media accounts controlled by either of them, and from all websites controlled by either of them, including www.nocapitalsolutions.com:

> (a) all cost reduction reports or other confidential information that they received from Vizant or from Vizant's clients or third-party vendors during the terms of their employment with Vizant, as well as any references to any such reports or other confidential information; and

> (b) all derogatory, unfavorable or threatening references to or statements concerning: Vizant; Capital Solutions, Inc.; Joseph Bizzarro; Frank Seidman; Lane Wiggers; and any of Vizant's present or past officers, directors, investors, employees, and clients.

(4) Julie P. Whitchurch and Jamie Davis are preliminarily enjoined from engaging in any conduct or taking any action whatsoever to cause or to discourage any person or entity from doing business, investing in, or maintaining an

-2-

employment or other relationship with Vizant or with any entity or person affiliated with Vizant;

(5) Julie P. Whitchurch and Jamie Davis are preliminarily enjoined from causing or encouraging any person or entity to engage in any conduct that would violate this order;

(6) Julie P. Whitchurch and Jamie Davis, on or before May 4, 2015, shall file with the court and serve on Vizant's counsel an affidavit declaring that they have fully complied with paragraphs (1) through (3) of this preliminary injunction;

(7) This preliminary injunction shall remain in effect until further order of court, and binds the defendants Julie P. Whitchurch and Jamie Davis and their agents, servants, employees and attorneys as well as other persons, who receive actual notice of the preliminary injunction, by personal service or otherwise and who are in active concert or participation with them;

(8) The motion of plaintiff Vizant is otherwise DENIED; and

(9) Plaintiff Vizant shall give security on or before

April 30, 2015 in the amount of $30,000 in accordance with Rule 65(c) of the Federal Rules of Civil Procedure.

                                BY THE COURT:

                                /s/ Harvey Bartle III_____
                                                                 J.