IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VIZANT TECHNOLOGIES, LLC, : CIVIL ACTION
et al. :
 :
     v. :
 :
JULIE P. WHITCHURCH, et al. : NO. 15-431

## ORDER

AND NOW, this 2nd day of June, 2015, based on the court's findings of fact and conclusions of law set forth in the accompanying Memorandum that defendants Julie P. Whitchurch and Jamie Davis are in civil contempt of the court's preliminary injunction entered on April 29, 2015, it is hereby ORDERED that:

(1) sanctions are IMPOSED against each of defendants Julie P. Whitchurch and Jamie Davis in the amount of $300 per day beginning on June 3, 2015 and continuing each day or part of a day against each defendant until that defendant files an affidavit stating that she is in full compliance with paragraph (3)(b) of the preliminary injunction (doc. # 60) and stating the date when full compliance took place. Said sanctions shall be paid to the Clerk for the United States District Court for the Eastern District of Pennsylvania and mailed to: Clerk's Office, Attention: Fiscal Department, United States District Court for

the Eastern District of Pennsylvania, 2609 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1797[1];

    (2) defendants Julie P. Whitchurch and Jamie Davis pay plaintiff Vizant Technologies, LLC the amount of $29,200 for the legal fees and costs it incurred in connection with the contempt proceedings.  The liability of Julie P. Whitchurch and Jamie Davis for this payment is joint and several; and

    (3) plaintiffs' request that the court sanction defendant Julie P. Whitchurch for any misrepresentations made by her concerning the scope of her relationship with SIB Development & Consulting, Inc. is DENIED.

                      BY THE COURT:

                        /s/ Harvey Bartle III
                                          J.

---

1. Checks or money orders should be made payable to "Clerk, U.S.D.C." and should identify the caption and number of this action.