IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VIZANT TECHNOLOGIES, LLC,          :          CIVIL ACTION
et al.                             :
                                   :
            v.                     :
                                   :
JULIE P. WHITCHURCH, et al.        :          NO. 15-431

ORDER

        AND NOW, this 23rd day of July, 2015, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that:

        (1)  defendants' Motion for Leave to File Amended
Answer with Counterclaim to Plaintiffs' Complaint (Doc. # 113)
is DENIED;

        (2)  defendants' Counterclaim (Doc. # 111) is
STRICKEN; and

        (3)  defendants' Motion for Leave to Join
Indispensable Parties (Doc. # 111) is DENIED as moot.

                              BY THE COURT:


                              /s/ Harvey Bartle III_____
                                                        J.