```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VIZANT TECHNOLOGIES, LLC, et al.  :       CIVIL ACTION
                                  :
         v.                       :
                                  :
JULIE P. WHITCHURCH, et al.       :       NO. 15-431
```

ORDER

AND NOW, this 1st day of March, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of plaintiffs "for leave to file a motion to determine and award attorney's fees and costs by the court rather than by a jury" (Doc. # 245) is GRANTED.

                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                                      J.