```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VIZANT TECHNOLOGIES, LLC,      :    CIVIL ACTION
et al.                         :
                               :
           v.                  :
                               :
JULIE P. WHITCHURCH, et al.    :    NO. 15-431
```

ORDER

AND NOW, this 1st day of June, 2016, it is hereby ORDERED that:

(1) the motion of plaintiffs Vizant Technologies, LLC and Joseph Bizzarro for an order pursuant to 28 U.S.C. § 1963 allowing registration of judgments in the state of Georgia (Doc. # 280) is GRANTED;

(2) plaintiffs Vizant Technologies, LLC and Joseph Bizzarro may register in any judicial district in the state of Georgia this court's March 22, 2016 judgments against defendant Julie P. Whitchurch; and

(3) the Clerk shall issue to plaintiffs' counsel upon payment of the appropriate fees certified copies of the judgments and any other related forms.

BY THE COURT:


/s/ Harvey Bartle III
                   J.