FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIZANT TECHNOLOGIES, LLC, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| JULIE P. WHITCHURCH, et al. | : | NO. 15-431 |

ORDER

AND NOW, this 1st day of February, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant Julie Whitchurch "for relief" (Doc. # 310) is denied. The contempt hearing scheduled for tomorrow, February 2, 2017, will proceed.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.