```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VIZANT TECHNOLOGIES, LLC,       :         CIVIL ACTION
et al.                          :
                                :
          v.                    :
                                :
JULIE P. WHITCHURCH, et al.     :         NO. 15-431
```

ORDER

AND NOW, this 13th day of February, 2017, based on the court's findings of fact and conclusions of law set forth in the accompanying Memorandum that defendant Julie P. Whitchurch is in civil contempt of the court's permanent injunction entered on January 8, 2016, it is hereby ORDERED that:

(1) Whitchurch shall email an apology to Frank Seidman on or before February 15, 2017.  The apology must state specifically that Whitchurch apologizes for her conduct in sending Seidman emails dated November 21, 2016, November 28, 2016, November 29, 2016, December 2, 2016, and January 12, 2017 and for her violation of this court's January 8, 2016 permanent injunction;

(2) Whitchurch shall file forthwith an affidavit stating that:

    (a)  she has complied with paragraphs (1) and (2) of this Order; and

    (b) state the date when compliance took place. A copy of the emailed apology shall be attached to the affidavit;

  (3) if Whitchurch has not complied with paragraphs (1) and (2) of this Order on or before February 15, 2017, sanctions are IMPOSED against Whitchurch in the amount of $300 per day or part of day until she has complied.  Said sanctions shall be paid to the Clerk for the United States District Court for the Eastern District of Pennsylvania and mailed to: Clerk's Office, Attention: Fiscal Department, United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, 601 Market Street, Philadelphia PA 19106-1797[1];

  (4) Whitchurch is liable for counsel fees and costs related to the preparation of the November 28, 2016 motion (Doc. # 304), preparation for the February 2, 2017 Show Cause Hearing, and attendance of the February 2, 2017 Show Cause Hearing; and

  (5) if plaintiffs' counsel seeks fees and costs, counsel shall file with the court on or before February 16, 2017, records time and records of costs and a supporting brief relating to:

---

1. Checks or money orders should be made payable to "Clerk, U.S.D.C." and should identify the caption and number of this action.

(a) preparation of the November 28, 2016 motion for an Order to Show Cause (Doc. # 304);

(b) preparation for the February 2, 2017 Show Cause Hearing; and

(c) attendance of the February 2, 2017 Show Cause Hearing.

BY THE COURT:

/s/ Harvey Bartle, III
                   J.