```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VIZANT TECHNOLOGIES, LLC,         :         CIVIL ACTION
et al.                            :
                                  :
         v.                       :
                                  :
JULIE P. WHITCHURCH, et al.       :         NO. 15-431
```

ORDER

AND NOW, this 7th of March, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs Vizant Technologies, LLC and Joseph Bizzarro for an award of attorneys' fees and costs against defendant Julie P. Whitchurch (Doc. # 318) is GRANTED; and

(2) plaintiffs Vizant Technologies, LLC and Joseph Bizzarro are awarded attorneys' fees in the amount of $4,319.00 and costs in the amount of $1.99 for a total of $4,320.99 against defendant Julie P. Whitchurch.

                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                                    J.